TBS

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

FILED
2008 SEP -2 PM 12:02
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY DEPUTY

'08 MJ 2695

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** Plaintiff, | ) | Magistrate Docket No. |
| v. | ) | COMPLAINT FOR VIOLATION OF: |
| **Manuel MONTOYA-Luna,** Defendant | ) | Title 8, U.S.C., Section 1326 Deported Alien Found in the United States |

The undersigned complainant, being duly sworn, states:

On or about **August 30, 2008** within the Southern District of California, defendant, **Manuel MONTOYA-Luna,** an alien, who previously had been excluded, deported and removed from the United States to **Mexico**, was found in the United States, without the Attorney General or his designated successor, the Secretary of the Department of Homeland Security (Title 6, United States Code, Sections 202(3) and (4), and 557), having expressly consented to the defendant's reapplication for admission into the United States; in violation of Title 8 United States Code, Section 1326.

And the complainant further states that this complaint is based on the attached statement of facts, which is incorporated herein by reference.

SIGNATURE OF COMPLAINANT
Ismael A. Canto
Senior Patrol Agent

SWORN TO BEFORE ME AND SUBSCRIBED IN MY PRESENCE, THIS **2nd** DAY OF **SEPTEMBER, 2008.**

Leo S. Papas
UNITED STATES MAGISTRATE JUDGE

8/30/08

**CONTINUATION OF COMPLAINT:**
**Manuel MONTOYA-Luna**

**PROBABLE CAUSE STATEMENT**

I declare under the penalty of perjury that the following statement is true and correct:

On August 30, 2008, Border Patrol Agent H. Ayala responded to a citizen report in reference to a Group of 6 individuals heading north of the area known as "Smugglers Canyon". This area is commonly used by illegal immigrants trying to further their entrance into the United States illegally. This area is approximately three miles west of the San Ysidro Port of Entry and approximately four hundred yards north of the United States/ Mexico International Boundary Fence. After arriving on scene, Agent Ayala proceeded to walk westbound along the brush line. After walking a few hundred yards westbound, Agent Ayala came across a group of six individuals trying to conceal themselves in the bush. Agent Ayala identified himself as a United States Border Patrol Agent and questioned the individual as to his citizenship and nationality. This individual later identified as the defendant **Manuel MONTOYA-Luna**, freely admitted to being a citizen and national of Mexico here in the United States illegally without any immigration documents. MONTOYA was arrested at 9:40 AM and transported to the Imperial Beach Border Patrol Station for processing.

Routine record checks of the defendant revealed a criminal and immigration history. The defendant's record was determined by a comparison of his criminal record and the defendant's current fingerprint card. Official immigration records of the Department of Homeland Security revealed the defendant was previously deported to **Mexico** on **August 2, 2005** through **Hidalgo, Texas**. These same records show that the defendant has not applied for permission from the Attorney General of the United States or his designated successor, the Secretary of the Department of Homeland Security, to return to the United States after being removed.

**DEFENDANT STATEMENT:**

The defendant **Manuel MONTOYA-Luna** was advised of his Miranda rights and he was willing to make a statement without an attorney present. MONTOYA again freely admitted to being a citizen and national of Mexico, and in the United States illegally without proper immigration documents to enter or remain in the United States legally.

**Executed on August 31, 2008 at 10:00 AM.**

Ilsa M. Struve
Senior Patrol Agent

On the basis of the facts presented in the probable cause statement consisting of 2 page(s), I find probable cause to believe that the defendant named in this probable cause statement committed the offense on **August 30, 2008**, in violation of Title **8**, United States Code, Section **1326**.

Leo S. Papas
United States Magistrate Judge

8/31/08 - 330pm
Date/Time